## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James A Hawkins and Michele L Hawkins | BKY. NO. 14-05609 RNO |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6281

                            Respectfully submitted,

                            **/s/ Thomas Puleo**
                            Thomas Puleo, Esquire
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 825-6306  FAX (215) 825-6406
                            Attorney for Movant/Applicant