```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-05609-RNO
James A Hawkins                                                 Chapter 13
Michele L Hawkins
      Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh           Page 1 of 2         Date Rcvd: Jan 17, 2017
                             Form ID: ntpasnh        Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db/jdb        +James A Hawkins,   Michele L Hawkins,   907 Chestnut St,    Delta, PA 17314-8101
4579656       +Bank Of America,   PO Box 5170,   Simi Valley,, CA 93062-5170
4630355        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
4795212       +Bayview Loan Servicing,   285 Grand Avenue 200,   Southlake, TX 76092-7657
4579658        Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
4579653       +DeArmond & Associates,   18 South George Street Suite 610,   York, PA 17401-1450
4579659        Fashion Bug Comenity,   P.O Box 659728,   San Antanio, TX 78265-9728
4579660        Finger Hut,   P.O Box 166,   Newark, NJ 07101-0166
4579661        First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
4579662        HSBC,   P.O Box 71105,   Charlotte, NC 28272-1105
4579651       +Hawkins James A,   907 Chestnut St,   Delta, PA 17314-8101
4579652       +Hawkins Michele L,   907 Chestnut St,   Delta, PA 17314-8101
4579663       +Maryland Spine Institute,   730 Baltimore Pike,   Bel Air, MD 21014-4244
4622061        PECO,   PO Box Box 37629,   Philadelphia, PA 19101-0629
4579665        Soloman And Soloman P.C,   Columbia Circle P.O Box 15019,   Albany, NY 12212-5019
4613833       +U.S. Department of Housing and Urban Development,   U.S. Department of Housing and Urban Dev,
                451 7th Street S.W.,   Washington, DC 20410-0002
4579667       +Verzon,   PO Box 5029,   Wallingford, CT 06492-7529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 17 2017 19:11:31
                Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1837
4579654        E-mail/Text: bankruptcygroup@apgfcu.com Jan 17 2017 19:10:46      Aberdeen FCU,   PO Box 1176,
                Aberdeen,, MD 21001-6176
4600413        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2017 19:16:03
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK 73124-8838
4583242        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2017 19:16:13
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK 73126-8941
4579655       +E-mail/Text: rbaldwin@autotrakk.com Jan 17 2017 19:11:49      Auto Trakk,
                1500 Sycamore Road, Suite 200,   Montoursville, PA 17754-9416
4783136       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 17 2017 19:11:31
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
4783135       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 17 2017 19:11:31
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146-1837
4585663       +E-mail/Text: ebn@squaretwofinancial.com Jan 17 2017 19:11:30      CACH, LLC,
                4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
4603751       +E-mail/Text: bankruptcy@cavps.com Jan 17 2017 19:11:29      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4579664        E-mail/PDF: cbp@onemainfinancial.com Jan 17 2017 19:05:53      OneMain Financial,
                P.O Box 183172,   Columbus, OH 43218-3172
4597671       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 17 2017 19:11:26      Premier Bankcard, Llc.,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
4583574        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2017 19:11:07
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
4579666        E-mail/PDF: cbp@onemainfinancial.com Jan 17 2017 19:05:54      Springleaf Financial,
                P.O. Box 742536,   Cincinnati, OH 45274-2536
4586328        E-mail/PDF: cbp@onemainfinancial.com Jan 17 2017 19:05:33      Springleaf Financial Services,
                PO Box 3251,   Evansville, IN 47731
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Auto Trakk, LLC,   1500 Sycamore Road, Suite 200,   Montoursville, PA 17754-9416
4581268*      +Auto Trakk, LLC,   1500 Sycamore Road,  Suite 200,   Montoursville, PA 17754-9416
4857912*      +Bayview Loan Servicing LLC,   4425 Ponce de Leon Boulevard 5th floor,
                Coral Gables , Florida 33146,   Bayview Loan Servicing LLC,
                4425 Ponce de Leon Boulevard 5th floor,   Coral Gables , Florida 33146-1837
4857911*      +Bayview Loan Servicing LLC,   4425 Ponce de Leon Boulevard 5th floor,
                Coral Gables , Florida 33146-1837
4579657       ##Best Buys Credit Services,   P.O Box 183195,   Columbus, OH 43218-3195
                                                                                TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
           Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing LLC ASwartz@mwc-law.com, ecfmail@mwc-law.com
           Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com
           Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           Keith B DeArmond    on behalf of Joint Debtor Michele L Hawkins general.dearmondlaw@gmail.com, G10924@notify.cincompass.com
           Keith B DeArmond    on behalf of Debtor James A Hawkins general.dearmondlaw@gmail.com, G10924@notify.cincompass.com
           Thomas I Puleo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company tpuleo@goldbecklaw.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                   TOTAL: 8

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James A Hawkins
Michele L Hawkins
**Debtor(s)**

Chapter: 13

Case number: 1:14−bk−05609−RNO

Document Number: 73

Matter: Motion for Mortgage Modification

Bayview Loan Servicing, LLC
**Movant(s)**

vs.

James A. Hawkins and Michele L. Hawkins
and Charles J. DeHart, III, Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **February 7, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 17, 2017 |