```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 14-05609-RNO
James A Hawkins                                                  Chapter 13
Michele L Hawkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh               Page 1 of 1              Date Rcvd: Apr 13, 2017
                               Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4586328       E-mail/PDF: cbp@onemainfinancial.com Apr 13 2017 18:52:14    Springleaf Financial Services,
               PO Box 3251,  Evansville, IN 47731
                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing LLC ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor   Bayview Loan Servicing LLC ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Keith B DeArmond    on behalf of Joint Debtor Michele L Hawkins general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Keith B DeArmond    on behalf of Debtor James A Hawkins general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Thomas I Puleo    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-05609-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

James A Hawkins
907 Chestnut St
Delta PA 17314

Michele L Hawkins
907 Chestnut St
Delta PA 17314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/15/17

Terrence S. Miller
**CLERK OF THE COURT**