```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 14-05609-RNO
James A Hawkins                                                Chapter 13
Michele L Hawkins
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh             Page 1 of 1             Date Rcvd: Apr 13, 2017
                              Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4586328       E-mail/PDF: cbp@onemainfinancial.com Apr 13 2017 18:52:14      Springleaf Financial Services,
                PO Box 3251,    Evansville, IN 47731
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Michele L Hawkins general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor James A Hawkins general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-05609-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James A Hawkins<br>907 Chestnut St<br>Delta PA 17314 | Michele L Hawkins<br>907 Chestnut St<br>Delta PA 17314 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/15/17

Terrence S. Miller
**CLERK OF THE COURT**