## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: James A. Hawkins : Case No. 14-05609
       Michele L. Hawkins :
                Debtors :
                          :
                          : Chapter 13

### ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of Michael R. Caum and the Law Office of Michael R. Caum, P.C. on behalf of the Debtors.

Dated: 7/25/2017
                                                            /s/ Michael R. Caum
                                                            Michael R. Caum, Esquire
                                                            Law Offices of Michael R. Caum, P.C.
                                                            8 S. Main Street
                                                            P.O. Box 272
                                                            Shrewsbury, PA 17361
                                                            Telephone: (717) 227-8039
                                                            Facsimile: (717) 227-4720
                                                            E-mail: mikecaumesq@comcast.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: James A. Hawkins : Case No. 14-05609
      Michele L. Hawkins :
               Debtors :
                             : Chapter 13

## CERTIFICATE OF SERVICE

I certify that on this 25th day of July, 2017, a copy of the foregoing Notice of Appearance was sent electronically through the CM/ECF system to all parties on the Electronic Mail Notice List for this case.

Dated: 7/25/2017                            /s/ Michael R. Caum
                                                                   Michael R. Caum