```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 14-05609-RNO
James A Hawkins                                                  Chapter 13
Michele L Hawkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: MMchugh              Page 1 of 1              Date Rcvd: Jul 28, 2017
                                  Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db/jdb         +James A Hawkins,   Michele L Hawkins,   907 Chestnut St,   Delta, PA 17314-8101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Michele L Hawkins general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor James A Hawkins general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Michael R Caum    on behalf of Debtor James A Hawkins mikecaumesq@comcast.net
              Michael R Caum    on behalf of Joint Debtor Michele L Hawkins mikecaumesq@comcast.net
              Thomas I Puleo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES A. HAWKINS | : | |
| MICHELE L. HAWKINS | : | |
| Debtor(s) | : | CASE NO. 1:14-BK-05609RNO |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 82 |
| | : | |
| vs | : | |
| | : | |
| JAMES A. HAWKINS | : | |
| MICHELE L. HAWKINS | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed July 26, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about June 14, 2017,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

Dated: July 28, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(MM)