```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 14-05609-RNO
James A Hawkins                                             Chapter 7
Michele L Hawkins
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: MMchugh           Page 1 of 1          Date Rcvd: Dec 26, 2017
                              Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.
db/jdb          +James A Hawkins,    Michele L Hawkins,    907 Chestnut St,    Delta, PA 17314-8101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing LLC ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 James A Hawkins general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Michele L Hawkins general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Michael R Caum    on behalf of Debtor 1 James A Hawkins mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor 2 Michele L Hawkins mikecaumesq@comcast.net
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James A Hawkins<br>907 Chestnut St<br>Delta, PA 17314 | Chapter 7<br>Case No. 1:14−bk−05609−RNO |
| Michele L Hawkins<br>907 Chestnut St<br>Delta, PA 17314 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3445
xxx−xx−1674

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Steven M. Carr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  December 26, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk